# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES FISHER,<br><br>        Plaintiff,<br><br>v.<br><br>AROTECH CORPORATION, JON B. KUTLER, KENNETH W. CAPPELL, LAWRENCE F. HAGENBUCH, and JAMES J. QUINN,<br><br>        Defendants. | Civil Action No. 1:19-cv-06441 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff James Fisher hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

| | |
|---|---|
| Dated: April 27, 2020 | Respectfully submitted,<br><br>By: */s/ Joshua M. Lifshitz*<br>Joshua M. Lifshitz<br>Email: jml@jlclasslaw.com<br>**LIFSHITZ LAW FIRM, P.C.**<br>821 Franklin Avenue, Suite 209<br>Garden City, New York 11530<br>Telephone: (516) 493-9780<br>Facsimile: (516) 280-7376<br><br>*Attorneys for Plaintiff* |